UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

United States                    Plaintiff,          92   C   718(TPG)   (   )

-against-

Alejandro Martinez              Defendant.
-------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending          [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: __my law office change of address__

[x]   Attorney

  [x]   I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is:_____; My State Bar Number is: 3039724

  [ ]   I am a Pro Hac Vice attorney

  [ ]   I am a Government Agency attorney

[ ]   Law Firm/Government Agency Association

  From:_____

  To:_____

  [x]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  [ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

[x] Address:        521 Fifth Avenue, Suite 3300

                    NY, NY 10175 (646)943-2172

[x] Telephone
    No.:            Fax (212)582-8989

[x] Fax No.:        PaulaNotari@aol.com

[x] E-Mail
    Address:

Dated:                              _____/s/ Paul Prot_____
                                    ATTORNEY'S SIGNATURE
3/17/10